IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 13-cv-00038-JLK
Criminal Action No. 11-cr-00068-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SEAN MICHAEL SCOTT,

       Defendant.

---

### ORDER

---

After preliminary consideration of the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, it is now

ORDERED that the United States Attorney on or before March 25, 2013, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: March 5, 2013

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       JOHN L. KANE
                                       United States District Judge