IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-68-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.    SEAN MICHAEL SCOTT,**

          Defendant.

---

## ORDER
---

Kane, J.

This matter is before the court on defendant's "Notice and Order Removing Defense Counsel" (Doc. 67), which purports to "fire" Mr. Scott's counsel of record, John H. Feiner. As it appears the only thing pending in this case is Mr. Scott's pro se appeal of my Order denying his Motion to Vacate Sentence (Doc. 53), it is unclear what Mr. Feiner's status is. Accordingly, given that Mr. Feiner his Mr. Scott's counsel of record, he is DIRECTED to file a Response to Mr. Scott's "Notice," or a Motion to Withdraw.

Dated June 1, 2015.

                                                      *s/John L. Kane*
                                                      SENIOR U.S. DISTRICT JUDGE